**No. 09-1464. Suzanne Venezia, Petitioner v. William Penn School District.**

562 U.S. 1086, 131 S. Ct. 688, 178 L. Ed. 2d 517, 2010 U.S. LEXIS 9376.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 835, 131 S. Ct. 144, 178 L. Ed. 2d 36, 2010 U.S. LEXIS 5906.